UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMERITOX, LTD.,                         :
                                        :  Misc. Business Docket
        Plaintiff/Counter-defendant,    :  No.
                                        :
                v.                      :  (Ameritox, Ltd. v. Millennium
                                        :  Laboratories, Inc., Civ. No. 8:11-cv-
MILLENNIUM LABORATORIES, INC.,          :  00775-SCB-TBM (M.D. Fla.))
                                        :
        Defendant/Counter-claimant.     :  ORAL ARGUMENT REQUESTED
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MILLENNIUM LABORATORIES, INC.'S MOTION TO COMPEL
BAIN CAPITAL VENTURE PARTNERS, LLC TO PRODUCE DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26, 37, and 45, and Local Rules 7.1 and 37.1, Defendant/Counter-claimant Millennium Laboratories, Inc. ("Millennium") respectfully moves this Court to enforce the subpoena duces tecum Millennium served on non-party Bain Capital Venture Partners, LLC ("Bain") in connection with a lawsuit currently pending in the Middle District of Florida, overrule Bain's emailed "objections," and compel Bain to produce all responsive documents.

As explained in more detail in the accompanying memorandum of law, this Court should compel Bain to comply with Millennium's subpoena because: (i) in contravention to Local Rule 37.1, Bain failed to respond to two requests by Millennium's counsel for a discovery conference; (ii) Bain waived all of its objections to Millennium's subpoena; and (iii) the documents sought by Millennium are highly relevant to Millennium's claims and defenses in the underlying litigation.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Millennium respectfully requests a hearing on this motion.

## LOCAL RULES 7.1 AND 37.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for Millennium has conferred with counsel for Bain and has attempted in good faith to resolve or narrow the issues involved in this motion. The undersigned counsel further certifies that counsel for Millennium has complied with the provisions of Rule 37.1 of the Local Rules of this Court. As required by Rule 37.1, details of the conference are set forth in the accompanying memorandum of law.

WHEREFORE, Millennium respectfully requests that the Court grant its motion, enforce its subpoena, and compel Bain to produce responsive documents.

Dated: Boston, Massachusetts
       November 27, 2013

Respectfully submitted,

/s/  Peter Simshauser
James R. Carroll (BBO #554426)
Peter Simshauser (BBO #665153)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02018
(617) 573-4800
James.Carroll@skadden.com
Peter.Simshauser@skadden.com
Christopher.Lisy@skadden.com

*Counsel for Defendant/Counter-claimant Millennium Laboratories, Inc.*

### CERTIFICATE OF SERVICE

I, Peter Simshauser, hereby certify that on November 27, 2013, I caused a true copy of the foregoing document to be served by First Class Mail, postage prepaid, and electronic mail upon the attorneys listed on the Service List attached hereto.

Dated: November 27, 2013   /s/ Peter Simshauser
                           Peter Simshauser

**SERVICE LIST**

Christopher G. Green, Esq. (Christopher.Green@ropesgray.com)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600

Michael R. Osterhoff, Esq. (MOsterhoff@perkinscoie.com)
Adam L. Marchuk, Esq. (AMarchuk@perkinscoie.com)
Heather H. Boice, Esq. (HBoice@perkinscoie.com)
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois  60603-5559

Margaret D. Mathews, Esq. (margaret.mathews@akerman.com)
Richard H. Martin, Esq. (richard.martin@akerman.com)
Akerman Senterfit LLP
401 East Jackson Street, Suite 1700
Tampa, Florida  66302